UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAWRENCE C. BUSH,

    Plaintiff,

v.    Case No.: 3:23-cv-1412-WWB-MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on November 30, 2023, seeking judicial review of a final decision by the Commissioner of the Social Security Administration ("**Commissioner**") denying Plaintiff's application for Title II Disability Insurance Benefits. United States Magistrate Judge Monte C. Richardson issued a Report and Recommendation (Doc. 22) recommending that the Commissioner's final decision be reversed and remanded for further proceedings.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with the Report and Recommendation and this Order.

3. The Clerk is directed to enter judgment accordingly. Such judgement shall include the following language:

   If Plaintiff were to ultimately prevail in this case upon remand to the Social Security Administration, any motion for attorney's fees under 42 U.S.C. § 406(b) and/or 42 U.S.C. § 1383(d)(2) must be filed within fourteen days from plaintiff's counsel's receipt of any "close-out" letter. The motion must include the agency letter stating the amount of past-due benefits withheld, include any applicable contingency fee agreement, and establish the fee is reasonable for the services rendered.

4. Thereafter, the Clerk is directed to terminate any pending motions and close this case.

5. This Order does not extend the time limits for filing a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE AND ORDERED** in Jacksonville, Florida on February 18, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record